BRAINARD T. NORRIS et al., Respondents, *v.* CHARLES F. HOFFMAN et al., Appellants.

*Norris* v. *Hoffman*, 133 App. Div. 596, affirmed.
(Argued January 4, 1910; decided January 18, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1909, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to have an easement declared abandoned.

The following question was certified : " Does the complaint state facts sufficient to constitute a cause of action against the defendants ? "

*Charles P. Northrop* and *Charles H. Edwards* for appellants.

*Louis Frankel, Job E. Hedges* and *Julian B. Beaty* for respondents.

Order affirmed, with costs ; question certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.